540 A.2d 529

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Michael BRESLIN.**

Supreme Court of Pennsylvania.

March 23, 1988.

## ORDER

PER CURIAM.

The Commonwealth's Petition for Allowance of Appeal is granted. The Order of the Superior Court, as it related to the sentence of Michael Breslin, is vacated, and the sentence of the Court of Common Pleas of Philadelphia is reinstated. See *Commonwealth v. Samuels*, 516 Pa. 300, 532 A.2d 404 (1987).